AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

United States of America )
v. )
)
Case No. 2:24·MJ-578
Cody Layne PRATER )
317 South Locust Street )
McArthur Ohio 45651 )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 6, 2024___ in the county of ___Vinton___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 2252 and 2252A | Transportation, Distribution, Receipt, and Possession of Child Pornogrpahy |

This criminal complaint is based on these facts:

See attached Affadavit by HSI SA Edward (Ted) La Vigne

☐ Continued on the attached sheet.

_E a La Vigne_
Complainant's signature

HSI Special Agent Edward (Ted) La Vigne
Printed name and title

Sworn to before me and signed in my presence.

VIA FACETIME

Date: 12/6/2024

_Elizabeth ... Deavers_
Judge's signature

City and state: ___Columbus, Ohio___

Elizabeth A. Preston Deavers
Printed name and title