IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    v.                                                        NO. 2:25-CR-00056
                                                                JUDGE WATSON

CODY L. PRATER,

## NOTICE OF SUBSTITUTION OF COUNSEL

Tyler Aagard, Assistant United States Attorney, hereby gives notice to the Court and to the defendant that he is entering an appearance as counsel for the United States in the above captioned case, and requests that copies of all papers filed in this action be served upon him at the following address:

303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Tyler.Aagard@usdoj.gov

Emily Czerniejewski, Assistant United States Attorney, Southern District of Ohio, should also be listed as counsel for the United States in this case.

Respectfully submitted,

KELLY. A. NORRIS
Acting United States Attorney

/s/ Tyler Aagard
TYLER AAGARD (NC 54735)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served electronically via CM/ECF to all parties of record this 25TH day of April, 2025.

                                                                                 /s/ Tyler Aagard
                                                                          TYLER AAGARD (NC 54735)
                                                                          Assistant United States Attorney