AO 442 (Rev. 11/11) Arrest Warrant

EC

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Cody Layne PRATER<br>317 South Locust Street<br>McArthur Ohio 45651<br><br>*Defendant* | Case No. 2:24-mj-578 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cody Layne PRATER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252 and 2252A - Transportation, Distribution, Receipt, and Possession of Child Pornogrpahy

Date: 12/6/2024

*Issuing officer's signature*

City and state: Columbus, Ohio

s/Elizabeth A. Preston Deavers
U.S. MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* 12/6/2024, and the person was arrested on *(date)* 12/9/2024
at *(city and state)* COLUMBUS, OH

Date: 6/24/2025

*Arresting officer's signature*

T. CLIFFORD  DUSM
*Printed name and title*