# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-56 |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| vs. | |
| CODY L. PRATER, | |
| Defendant. | |

## ORDER

This Motion and the proposed Protective Order is submitted for the purpose of ensuring that law enforcement sensitive information contained in discovery materials are not disseminated to third parties. For these reasons, the United States requests this Court to authorize the proposed Discovery Protective Order. Counsel for the defense does not oppose this motion.

This matter, having come to the Court's attention on the Unopposed Request for a Discovery Protective Order submitted by the Government, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. This Protective Order governs all discovery materials labeled "PROTECTED DOCUMENT" in any format (written or electronic), and information contained therein, that is produced by the government in discovery in the above captioned case.

2. The United States will make available copies of discovery materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the discovery materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team).

3. The attorneys of record and members of the defense team may display and review the discovery materials with the Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the discovery materials to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of discovery materials to the Defendant and other persons.

4. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure.

5. The provisions of this Order shall not terminate at the conclusion of this prosecution.

6. Any discovery materials provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken,

within ten days of the completion of the case in the United States Court of Appeals for Sixth Circuit or Supreme Court of the United States.

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT