# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | |
| vs. | : | Case No. 2:25-CR-56 |
| | : | |
| CODY L. PRATER, | | JUDGE MICHAEL H. WATSON |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE TRIAL DEADLINES

COMES NOW, the defendant, Cody L. Prater, by and through undersigned counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(IV) and moves this Court to continue certain deadlines associated with the current September 29, 2025, trial date. The grounds for this motion are set forth in the attached Memorandum. Undersigned counsel submits that the requested extension would serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(IV). Assistant United States Attorneys Emily Czerniejewski and Tyler Aagard do not oppose the requested continuance.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

										Attorney for Defendant
										Cody L. Prater

### **MEMORANDUM IN SUPPORT OF MOTION**

On April 10, 2025, Cody Prater was charged by indictment with:

    Count 1 – Receipt of Child Pornography, subsequent to a prior conviction
    Count 2 – Transportation of Obscene Matters
    Count 3 – Receipt of Obscene Visual Representations of Child Sex Abuse
    Count 4 – Possession of Obscene Visual Representations of Child Sex Abuse
    Count 5 – Possession of Child Pornography, subsequent to a prior conviction

Some of these charges relate to Artificial Intelligence created images. Mr. Prater has entered a plea of not guilty to the charges and trial is currently set for September 29, 2025.

Currently pretrial motions, jury instructions and expert disclosures are all due on September 8th, 2025. Defense has retained a forensic expert to examine the computer evidence in this case. Parties coordinated for the evidence to be sent to Homeland Security Investigation (HSI) office in Atlanta, Georgia. Due to the Labor Day holiday and other scheduling issues, the defense expert is not able to view the evidence until September 10th, 2025, at HSI.

Defense and the government have met and discussed the need to continue the joint jury instructions and expert disclosures deadlines. Specifically, that expert notices are filed by September 12, 2025, and joint jury instructions are due by September 15, 2025. The parties anticipate filing pretrial motions on the current September 8th, 2025, deadline as it is anticipated that these motions may be dispositive.

**WHEREFORE,** for the reasons set forth above, the defense respectfully requests this Court grant this motion to continue the deadlines for the expert notices to September 12, 2025, and the jury instructions to September 15, 2025.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Cody L. Prater

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender