

Fatima Arslan Brdarevic
Privacy Specialist II

April 26, 2024

Julie Raine
Department of Justice, Child Exploitation and Obscenity Section
1400 New York Ave NW, Suite 600
Washington, DC 20530
**Re:** Charter Subscriber Information Request Dated
**Charter Case ID:** 273591
**Your Reference ID:** 24-0066 Charter

Dear Julie Raine,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9747. When calling, please reference Charter case number 273591.

Respectfully,

Fatima Arslan Brdarevic, Privacy Specialist II
Fatima.Brdarevic@charter.com
www.charter.com/lea

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 Email: leroc@charter.com

**SUBSCRIBER RECORD**

| Target Details | 162.154.160.66, 41578, 3/30/2024 11:50:00 PM, GMT, 0 |
|---|---|
| Subscriber Name: | CODY PRATER |
| Service Address: | 317 S LOCUST ST, MC ARTHUR, OH 45651-1251 |
| Billing Address: | |
| User Name or Features: | LAYNECONANT@GMAIL.COM |
| Phone number: | (740)688-8792 |
| **Advanced Subscriber Info** | |
| Account Number: | 8362212160026510 |
| MAC: | FC12637ACDB7 |
| Lease Log: | Start Date: 04/20/2023 01:26 PM<br>End Date: 04/24/2024 09:41 AM |
| **Equipment Details** | |
| CM MAC: | CCF3C8E85AD0 |
| **Other Details** | |
| Other Information: | N/A |



12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 Email: leroc@charter.com