GOVERNMENT EXHIBIT C

<u>**CERTIFICATE OF AUTHENTICITY**</u>

<u>**OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIA**</u>

<u>**PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(14)**</u>

I, Nicole Islam, attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in the certification is true and correct.

I interned at Homeland Security Investigations (HSI) from June 2024 to June 2025, and my title is Computer Forensic Analyst (CFA). As an HSI CFA, I have training and experience in forensic imaging, processing, and examination of electronic devices and mass storage media, including hard drives, mobile devices, removable flash storage media, and optical media. I have completed the HSI Basic Computer Evidence and Recovery Training (BCERT).

I am qualified to authenticate the extraction of the item referenced below based on my training and experience:

Item 002 – Gigabyte BD450M DS3H Gaming Desktop

Item 003 – SanDisk Cruzer "TAILS" Thumb Drive

Item 004 – Koobee Smartphone

Item 005 – Micro Center USB3.1 Thumb Drive

Item 008 – Lenovo A2107A-H 60015 16 GB Tablet PC (S/N: XD00859922)

Item 017 – Acer Aspire 7520-5757 ICY70 Laptop (S/N: 80804641316)

The evidence items were imaged and extracted using approved forensic tools. The forensic tools were tested and validated. The forensic tools worked as expected, and the case agent was provided a review environment where they performed the analysis of the electronic storage to determine any relevant data. My role in this forensic examination process was acquisition and preservation. Further, the forensic examination was performed under the supervision of senior CFA Christopher Beattie.

Based on my training, experience, and regular use of the forensic tools described above, I know that the above-identified digital evidence processing procedures were completed successfully.

I further state that this certification is intended to satisfy Rules 902(11) and 902(14) of the Federal Rules of Evidence.

DATE: 5/1/2025

NICOLE A ISLAM

Digitally signed by
NICOLE A ISLAM
Date: 2025.05.01
09:37:09 -04'00'

Nicole Islam

Computer Forensic Analyst

Homeland Security Investigations