GOVERNMENT EXHIBIT D




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/05/2025 13:33 EST

**CASE NUMBER**
CU07QR24CU0014

**CASE OPENED**
5/10/2024

**CURRENT CASE TITLE**
CODY PRATER

**REPORT TITLE**
PRATER, Cody Forensic Imaging
and Processing

**REPORTED BY**
Nicole Islam
HSI COMPUTER FORENSICS
ANALYST

**APPROVED BY**
Edward LaVigne
SPECIAL AGENT

**DATE APPROVED**
12/17/2024

## SYNOPSIS

On May 13, 2024, HSI Columbus received an investigative referral from HSI Tampa, regarding Cody PRATER of Vinton County, OH. PRATER, a previously convicted sex offender, is believed to have downloaded CSAM materials from a social media group dedicated to the sharing of CSAM, primarily involving male minors between the ages of 10 to 14 years old.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-006 | 12/17/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

02/05/2025 13:33 EST

## DETAILS OF INVESTIGATION

**Case Name:** PRATER, Cody

**Case Number:** CU07QR24CU0014

**Execution Date/Time:** July 11, 2024

**Execution Address:** 317 S Locust St | McArthur, OH 45651

### SYNOPSIS

This Report of Investigation (ROI) serves to document the forensic data extraction and processing of the electronic devices seized on July 11, 2024, from PRATER's residence, 317 S Locust St, McArthur, OH 45651.

### DETAILS OF INVESTIGATION

On November 14, 2024, Homeland Security Investigations (HSI) Computer Forensic Analyst (CFA) Islam obtained the following evidentiary items below from HSI Special Agent (SA) LaVigne to perform mobile data extractions and forensic imaging/analysis:

### COMPUTER/MOBILE MEDIA EXAMINED:

Item 002a – Samsung SSD 850 EVO MZ (S/N: S2RANX0HB00993P)

Item 002b – Western Digital SN530 NVMe SSD (S/N: 21411B801176)

Item 002c – RAM Dump

Item 002d – Gigabyte BD450M DS3H Gaming Desktop

Item 003 – "TAILS" Thumb Drive

Item 004 – Koobee Smartphone

Item 005 – Micro Center USB3.1 Thumb Drive

Item 006 – Kingston HXS-HSCSW-WA1 USB Dongle (S/N: 3500552-001.A01LF)

Item 007 – Anatel 08123-21-10459 RDA0023 USB Dongle (S/N: 065322213501)

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-006 | 12/17/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/05/2025 13:33 EST

Item 008 – Lenovo A2107A-H 60015 16 GB Tablet PC (S/N: XD00859922)

Item 009 – D-Link DCS-933L DCS-933LA1 Camera (S/N: R37C1F5000851)

Item 013 – Samsung Smartphone (black in color)

Item 014 – Samsung Galaxy A10e GSM SM-2102DL 32 GB Smartphone

Item 015 – LG Smartphone (silver in color)

Item 016 – LG Smartphone (black in color)

Item 017a – Acer Aspire 7520-5757 ICY70 Laptop (S/N: 80804641316)

Item 017b – Seagate Momentus Thin ST320LT020 320 GB SSD (S/N: W0Q3CZDT)

**FORENSIC METHODOLOGY UTILIZED:**

**Item 002a – Samsung SSD 850 EVO MZ – 75E500 500 GB (S/N: S2RANX0HB00993P), Item 002b – Western Digital SN530 NVMe SSD SDBPNPZ-256G-1006A 256 GB (S/N: 21411B801176), Item 002c RAM Dump, and Item 002d Gigabyte BD450M DS3H Gaming Desktop**

On July 11, 2024, the Gigabyte BD450M DS3H gaming desktop was seized from PRATER's residence, and a RAM capture was taken from it. On November 19, 2024, the Samsung 850 MZ 500GB SSD and the Western Digital SN530 256 GB NVMe SSD were removed from the Gigabyte BD450M DS3H gaming Desktop. A forensic image was created of the Samsung 850 MZ 500GB SSD using FTK Imager 4.7.1.2 with write blocker Guidance Tableau Forensic SATA Bridge; and a forensic image was created of the Western Digital SN530 256 GB NVMe SSD using the TX1 version 22.3. The forensic images were created successfully and verified using the MD5 and SHA1 hash algorithms. On November 22, 2024, the forensic images, alongside the Gigabyte Gaming PC RAM Capture were processed with Magnet Forensics's Axiom forensic suite, version 8.5.1.41927, and a portable case was generated.

An encrypted folder called "The EZ Archive" was located on Partition 4 of the Samsung SSD (in the "Downloads" folder). On December 2, 2024, due to suspicious naming conventions in the zipped folder (examples include, "Concept_QQbaby_v1.safetensors," "concept-thot-tot-anatomy-v2.safetensors," "m99_labiaplasty_pussy_2.safetensors," "Perfect Little Cocks.safetensors," and "ptpussy01"), Passware Kit Forensic 2024 version 2024.4.1 was used to attempt to brute force into the folder; the attempt was unsuccessful.

**Item 003 – "TAILS" Thumb Drive**
The Tails operating system (The Amnesic Incognito Live System) is a security-focused, Debian-based OS designed to preserve privacy and anonymity. It is typically run from a USB drive or

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-006 | 12/17/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

DVD, leaving no traces on the host system unless explicitly configured. Tails routes all internet traffic through the Tor network, encrypting and anonymizing communications.

Persistent Storage is an optional, encrypted partition on the USB drive, allowing users to securely save files, configurations, or applications across sessions while maintaining encryption and privacy.

On November 19, 2024, a Tableau TX1 was used to create a bit-for-bit clone of Item 003 – "TAILS" containing the Tails operating system onto a new, sterile 64 GB SanDisk thumb drive (S/N: BN210657491W). This method ensures data integrity while preserving the original evidence. The cloned USB was then used with a dedicated forensic laptop to analyze the Tails operating system without compromising the integrity of the original USB. This process allows for a controlled and repeatable examination of the evidence.

During the forensic analysis, the Persistent Storage on the cloned Tails USB was successfully unlocked using a variation of recovered passwords obtained from the data extraction of Item 001 – Google Pixel 7 Pro.

The persistent storage folder contained nine videos of infants and toddlers engaged in sexual activities with adult men. One of these videos, titled "y27k," depicts an adult male forcing an infant to perform oral sex on him.

### Item 004 – Koobee Smartphone

On July 11, 2024, the Koobee smartphone was seized from PRATER's residence. On December 9, 2024, after being charged, the device was powered on and placed into "Airplane Mode" to remove the device from the Cellular Network. Additionally, the device's "Wi-Fi" and "Bluetooth" were disabled. There was no encryption on the device.

On December 9, 2024, a logical extraction was performed on the device with XRY version 10.10.0 and processed through XAMN version 7.10.0. An HTML report was exported.

### Item 005 – Micro Center USB3.1 16 GB Thumb Drive

On July 11, 2024, the Micro Center USB3.1 16 GB thumb drive was seized from PRATER's residence. A forensic image was created using the FTK Imager version 4.7.1.2 and write blocker Guidance Software Tableau Forensic USB 3.0 Bridge on November 14, 2024. The forensic image was created successfully and verified using the MD5 and SHA1 hash algorithms. The forensic image was processed with Magnet Forensics's Axiom forensic suite, version 8.5.1.41927. A portable case was not generated due to lack of evidentiary value.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-006 | 12/17/2024 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

### Item 006 – Kingston HXS-HSCSW-WA1 CS002-WA USB Dongle (S/N: 3500552-001.A01LF)

On July 11, 2024, the Kingston HXS-HSCSW-WA1 USB dongle was seized from PRATER's residence. As the device is a transceiver and not a storage vessel, no forensics were performed on this device.

### Item 007 – Anatel 08123-21-10459 RDA0023 USB Dongle (S/N: 065322213501)

On July 11, 2024, the Anatel 08123-21-10459 USB dongle was seized from PRATER's residence. As the device is a transceiver and not a storage vessel, no forensics were performed on this device.

### Item 008 – Lenovo A2107A-H 60015 16 GB Tablet PC (S/N: XD00859922)

On July 11, 2024, the device was seized from PRATER's house with a dead battery. On November 21, 2024, after being charged, the device was powered on placed and into "Airplane Mode" to remove the device from the Cellular Network. Additionally, the device's "Wi-Fi" and "Bluetooth" were disabled. The device was encrypted/protected with the same PIN that encrypted the Google Pixel 7 Pro: 4505.

File System and Advanced Logical extractions were performed using Cellebrite's Premium Inseyets version 10.3.0.260 and processed through Inseyets Physical Analyzer version 10.3.0.3169. A Cellebrite Reader Report was generated.

### Item 009 – D-Link DCS-933L DCS-933LA1 Camera (S/N: R37C1F5000851)

On July 11, 2024, the D-Link DCS-933L DCS-933LA1 camera was seized from PRATER's residence. As the device possesses no internal storage, no forensics were performed on this device.

### Item 013 – Samsung Smartphone (black in color)

On July 11, 2024, the black in color Samsung smartphone was seized from PRATER's residence. No forensics were performed on this device due to hardware corruption rendering the phone unable to charge and turn on.

### Item 014 – Samsung Galaxy A10e GSM SM-2102DL 32 GB Smartphone

On July 11, 2024, the Samsung A10e 32 GB smartphone was seized from PRATER's residence with a dead battery. On November 21, 2024, after being charged, the device was powered on; however, due to screen damage, attempts to put the device into "Airplane Mode" and disabling "Wi-Fi" and "Bluetooth" were unsuccessful. Attempts to extract via Graykey and Cellebrite Premium version 10.3.0.260 were also unsuccessful.

### Item 015 – LG Smartphone (silver in color)

On July 11, 2024, the silver in color LG smartphone was seized from PRATER's residence. The smartphone with a dead battery. On November 21, 2024, after being charged, the device was powered on placed into "Airplane Mode" to remove the device from the Cellular Network.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-006 | 12/17/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Additionally, the device's "Wi-Fi" and "Bluetooth" were disabled. The device was encrypted /protected with a PIN of an unknown number of digits. Attempts to extract via Graykey and Cellebrite Premium version 10.3.0.260 were unsuccessful.

**Item 016 – LG Smartphone (black in color)**

On July 11, 2024, the black in color LG smartphone was seized from PRATER's residence. No forensics were performed on this device due to hardware corruption rendering the phone unable to charge and turn on.

**Item 017a – Acer Aspire 7520-5757 ICY70 Laptop (S/N: 80804641316) and Item 017b – Seagate Momentus Thin ST320LT020 320 GB SSD (S/N: W0Q3CZDT)**

On July 11, 2024, the Seagate Momentus Thin 320 GB SSD was removed from the Acer Aspire 7520-5757 Laptop. After verifying the laptop was not encrypted via Windows-to-Go and FTK Imager version 4.7.1.2, a forensic image was created of the Seagate Momentus Thin 320 GB SSD using the FTK Imager version version 4.7.1.2 and write blocker Guidance Software Tableau Forensic SATA Bridge on November 19, 2024. The forensic image was created successfully and verified using the MD5 and SHA1 hash algorithms. The forensic image was processed with Magnet Forensics's Axiom forensic suite, version 8.5.1.41927, and a portable case was generated.

**CONCLUDING REMARKS**

This report is a synopsis of the forensic imaging and processing, to date, conducted on the media referenced in this report.  All evidence is contained on the computer forensic server and an external drive provided to the case agent for further analysis and review.

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-006 | 12/17/2024 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.