**CERTIFICATE  OF AUTHENTICITY**

**OF DATA COPIED FROM AN ELECTRONIC DEVICE₁ STORAGE MEDIA**

**PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(14)**

I, Anna Edgar, attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in the certification is true and correct.

1. I have been a Special Agent with Homeland Security Investigations (HSI) since January of 2010, and I have been assigned to the HSI Columbus office since 2018. During my employment, I have completed numerous computer forensic trainings with HSI. I attended HSI's Basic Computer Evidence and Recovery Training (BCERT) in 2022, where I received training in mobile forensics, to include Cellebrite mobile forensics.  I have received extensive training and experience in forensic imaging of electronic devices and mass storage media, including hard drives, mobile devices, removable flash storage media, and optical media.

2. I have also assisted with various cases, ranging from internet crimes against children, human trafficking, human smuggling, financial crimes, and narcotics. From those cases, I have worked with various types of digital evidence items and created numerous forensic images of electronic devices and mass storage media during this time.

3. I am qualified to authenticate the extraction referenced in this paragraph because of my experience, training, and certifications.

| Original Storage Media | Date of Image | Extraction Identifier |
|---|---|---|
| Google Pixel 7 Pro, IMEI 352419782599670 | 09/12/2024 | Performed Full File System Extraction- Cellebrite UFED 4PC 10.4.1.2071 |

4. The extraction described above is a forensically-sound image of the original cell phone.

5. The forensic image identified above was made using specialized forensic software named Cellebrite UFED 4PC, version 10.4.1.2071.  Based on my training and experience, I know this forensic software creates an accurate and reliable forensic image of the cell phone at the time in which the forensic image is performed.  I have regularly relied on this forensic process in the past.

6. Furthermore, I know that the forensic imaging process was completed successfully because the forensic software identified that the device extraction completed successfully and without errors.

7. Based on my training, experience, and regular use of the forensic software described above, I know that the above-identified extraction is a forensically-sound image of the cell phone from evidence item 001.

I further state that this certification is intended to satisfy Rules 902(11) and 902(14) of the Federal Rules of Evidence.

Date:

September 5, 2025

ANNA S
EDGAR

Digitally signed by
ANNA S EDGAR
Date: 2025.09.05
16:09:45 -04'00'

Anna Edgar

Special Agent

Homeland Security Investigations