

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/05/2025 13:37 EST

Page 1 of 3

**CASE NUMBER**
CU07QR24CU0014

**CASE OPENED**
5/10/2024

**CURRENT CASE TITLE**
CODY PRATER

**REPORT TITLE**
PRATER Cellular phone evidence -
Google Pixel Pro 7

**REPORTED BY**
Edward LaVigne
SPECIAL AGENT

**APPROVED BY**
Justin Myers
SPECIAL AGENT

**DATE APPROVED**
2/3/2025

## SYNOPSIS

On May 13, 2024, HSI Columbus received an investigative referral from HSI Tampa, regarding Cody PRATER of Vinton County, OH. PRATER, a previously convicted sex offender is believed to have downloaded CSAM materials from a a social media group dedicated to the sharing of CSAM primarily involving male minors between the ages of 10 to 14 years old.

This report of investigation will document the images and videos located on Cody PRATER's Google Pixel 7 Pro, the phone was located in PRATER's bedroom during a search warrant of PRATER's residence on July 9, 2024.

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/05/2025 13:37 EST

## DETAILS OF INVESTIGATION

On May 13, 2024, HSI Columbus received an investigative referral from HSI Tampa, regarding Cody PRATER of Vinton County, OH. PRATER, a previously convicted sex offender is believed to have downloaded CSAM materials from a a social media group dedicated to the sharing of CSAM primarily involving male minors between the ages of 10 to 14 years old.

This report of investigation will document the images and videos located on Cody PRATER's Google Pixel 7 Pro, the phone was located in PRATER's bedroom during a search warrant of PRATER's residence on July 9, 2024.

**Google Pixel 7 Pro**

On September 12, 2024, a mobile device data extraction of the Google Pixel 7 Pro was conducted. CFA Edgar observed the device had been placed in "Airplane Mode" when seized in order to remove the device from the cellular network. The device's "Bluetooth" and "WiFi" were also disabled. A full file system data extraction was acquired using Cellebrite UFED, version 10.4.1.2071.

On September 16, 2024, the mobile device data extraction was processed in Cellebrite Physical Analyzer software, version 10.3. On September 16, 2024, a Reader report was created and provided to the case agent.

SA La Vigne reviewed the data from the cellular phone and made the following discoveries.

A review of the video and images on PRATER's cellular phone revealed the following.

SA La Vigne discovered thousands of images of both "anime" and artificial intelligence derived images "AI". These images include depictions of child sexual assault, child mutilation, and bestiality. Additionally, SA La Vigne observed hundreds of videos derived from "anime" and "AI" located on the same cellular phone device. The videos, just like the images, depict the sexual assault of children, particularly young boys.

SA La Vigne also observed thousands of images and videos of bestiality being committed by unknown subjects with animals to include primarily dogs, horses, and donkeys.

This concludes the review of the video evidence obtained from the Google Pixel 7 Pro. A copy of the evidence will be provided to the Assistant United States Attorney in the case against PRATER. The material will also be available for review by PRATERs defense counsel at the HSI office located in Westerville, OH.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-008 | 2/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CODY PRATER | CU07QR24CU0014-008 | 2/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.