# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**         CASE NO.: 2:25-CR-00056

  **V.**

**CODY L. PRATER,**

      **Defendant.**

_____/

## NOTICE OF APPEARANCE

Eduardo Palomo, Trial Attorney, hereby gives notice to the Court and to the defendant that he is entering an appearance as co-counsel for the United States in the above captioned case. Trial Attorney Palomo requests that copies of all papers filed in this action be served upon him at the following address:

> 1301 New York Ave. NW
> 11th Floor
> Washington, D.C. 20005
> (202) 305-9635
> Eduardo.palomo2@usdoj.gov

                                          Respectfully submitted,

                                          DOMINICK S. GERACE II
                                          United States Attorney

                                          _/s/ Eduardo Palomo_
                                          EDUARDO PALOMO (TX 24074847)
                                          Trial Attorney
                                          United States Department of Justice
                                          Child Exploitation and Obscenity Section
                                          1301 New York Ave. NW
                                          Washington, D.C. 20005
                                          (202) 305-9635
                                          Eduardo.palomo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served electronically via CM/ECF to all parties of record this 8th day of September, 2025.

EDUARDO PALOMO (TX 24074847)
Trial Attorney