# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:25-CR-56 |
| vs. | : | JUDGE MICHAEL H. WATSON |
| CODY L. PRATER, | : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO MANUALLY FILE ELECTRONIC EXHIBIT

Defendant Cody L. Prater filed a Suppression Motion on September 8, 2025 (Doc. 36). Attached to the Suppression Motion currently are Exhibit 2. The Defendant now moves the Court for leave to file the following additional electronic exhibit via thumb drive with the Clerk of Courts: Exhibit 2_ - copy of Defendant's video interview.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999

Stacey_MacDonald@fd.org

Attorney for Defendant
Cody L. Prater

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)