# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : | |
| vs. | : | Case No. 2:25-CR-56 |
| | : | |
| CODY L. PRATER,<br>    Defendant. | : | JUDGE MICHAEL H. WATSON |
| | : | |

## MOTION IN LIMINE TO PRECLUDE PREJUDICIAL CHARACTERIZAITONS

COMES NOW, the defendant, Cody L. Prater, by and through undersigned counsel and moves this Court to preclude the Government or Government's witnesses from referring to Mr. Prater with inflammatory characterizations including but not limited to, "predator", "sex offender", "pedophile," "preys on children" or any other similar pejorative terms. Such language is not evidence, is unfairly prejudicial and violates the Federal Rules of Evidence and Mr. Prater's Sixth Amendment Right to a fair trial.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Cody L. Prater

# MEMORANDUM IN SUPPORT OF MOTION

Under Fed. R. Evid. 403, relevant evidence may be excluded "if its probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, or misleading the jury." Character evidence of this type is also inadmissible under Fed. R. Evid. 404 (a), which prohibits use of character or propensity evidence to prove conduct in conformity with that character. Furthermore, Fed. R. Evid. 701 limits lay opinion testimony to rationally based perceptions; pejorative labels are not permissible lay opinions. Likewise, expert witnesses under Fed. R. Evid. 702 may not offer conclusory characterizations that amount to advocacy rather than scientific testimony.

## LEGAL ANALSYIS

**Prejudicial Labels like "Predator" or "Sex Offender" Serve no Legitimate Evidentiary Purpose**

The government may seek to introduce such characterizations through testimony or argument. But these are not factual descriptions; they are conclusory, value-laden terms intended to arouse fear, anger, or revulsion in the jury. Calling a defendant a "predator" or "child molester" is exactly the kind of inflammatory language that risks conviction based on emotion rather than evidence.

Even if such labels had minimal probative value (which they do not ), any probative value would be substantially outweighed by the danger of unfair prejudice. Once a jury hears Mr. Prater labeled as a "predator" or "preys on children" or some other similar pejorative it is nearly impossible to cure the prejudice with instructions. *See Old Chief v. United States*, 519 U.S. 172, 180-81 (1997)(recognizing that certain categories of evidence carry an inherent risk of prejudice

that cannot be balanced away).

## CONCLUSION

**WHEREFORE,** Mr. Prater respectfully requests that this Court issue an order prohibiting the government, its witnesses and counsel from:

1. Referring to Mr. Prater by any pejorative or prejudicial label, including but not limited to "predator", "sex offender", "pedophile" or "preys on children".

2. Offering lay or expert testimony that characterizes Mr. Prater with such labels; and

3. Suggesting through questioning or argument that Mr. Prater should be judged on the basis of alleged propensity rather than evidence admitted at trial.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Cody L. Prater

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

               /s/ Stacey MacDonald
               Stacey MacDonald (WA 35394)
               Assistant Federal Public Defender