# Chancey H. Davis

1301 New York Avenue N.W., 11th Floor
Washington, DC 20530

---

| | | |
|---|---|---|
| **Experience** | **Digital Investigative Analyst**<br>**High Technology Investigative Unit**<br>**Child Exploitation and Obscenity Section**<br>**Criminal Division, U.S. Department of Justice** | Aug. 2022-Present<br>Washington, DC |

Conduct forensic analysis of seized computer systems, servers, mobile devices, and other media to provide investigative support to U.S. Attorneys and law enforcement. Conduct online investigations and analysis of Internet technologies used to commit federal child exploitation offenses. Conduct investigations and analysis of internet technologies used to commit federal child exploitation offenses. Utlitize forensic tools, such as EnCase, Axiom, Griffeye, Cellebrite, and open-source technologies to identify criminal activity relating to an investigation. Implement forensically sound strategies for gathering, transporting, and preserving electronic evidence, including maintaining a proper chain of custody and creating forensically sound acquisitions of seized digital evidence. Use forensic tools and other investigative techniques to produce concise and detailed reports. Utilize on-scene forensic techniques to assist law enforcement with search and seizures. Provide expert witness testimony in court. Provide technical advice to prosecutors and federal law enforcement agents. Routinely participate in largescale national and international operations involving child exploitation. Remain informed on technical challenges concerning Windows, macOS, Android, and iOS.

| | | |
|---|---|---|
| **Education** | M.S., Cyber Security<br>The University of Alabama at Birmingham | May 2022 |
| | B.A., Criminal Justice<br>Talladega College | May 2020 |

| | | |
|---|---|---|
| **Professional Certifications** | EnCase Certified Examiner (EnCE) | Nov. 2023 |
| | National Advocacy Center – Trial Director Training (12 hours) | 2023 |

**Presentations**  *Expert Testimony & Qualifying an Expert*
Intermediate Trial Advocacy Course
The Judge Advocate General's Legal Center
and School (TJAGCLS), February 2025