# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No: 2:25-cr-56 |
| | : | |
| CODY L. PRATER | : | JUDGE WATSON |

## RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION TO PRECLUDE PREJUDICIAL CHARACTERIZATIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorney, and herby submits its response to the motion in limine filed by the defendant, Cody Prater, to preclude prejudicial characterizations. In sum, the defendant seeks to prohibit references to the words "predator," "sex offender," "pedophile," and "preys on children." He also seeks to bar any lay or expert testimony that characterizes the defendant as such and argues that suggesting through questioning or argument that he should be judged based on these inflammatory titles is improper.

The government concurs that terminology and inflammatory descriptors of the defendant such as "pedophile," "child molester," and the like are improper. The government, however, will put forth evidence and testimony that the defendant has a sexual interest in children, and using statements to that effect would be proper given the nature of the charges at issue in this case. Furthermore, the defendant's deviant sexual interest in children led him to commit predatory activities within his home, including the downloading of child pornography and the creation and downloading of obscenity. The government will be conscientious of its descriptions of the defendant and his activities in light of the negative connotations that such terminology carries but

takes issues with being limited on what exact words and phrases are permissible with the exception of what was noted above.

Furthermore, the defendant asks for relief from this Court in prohibiting, through questioning or argument, judgment against the defendant on the basis of alleged propensity evidence. However, the government intends to offer evidence that the defendant is a prior convicted sex offender, a fact and an element which the government must prove. The defendant makes a veiled reference to barring propensity evidence generally in his motion and not allowing expert or lay witness testimony related to such evidence. The government has addressed its intentions on the presentation of such evidence, which falls within Rule 404(b) and Rule 414, and rests on said notice which outlines the exact evidence the government seeks to admit. (Doc. #34, Governments Notice of Intent to Offer Evidence). Aside from what the defendant was put on notice of and pending the final ruling on the admission of said evidence, the government does not intend to offer any further testimony or evidence related to the defendant's propensity to commit child exploitation activities.

## CONCLUSION

The United States respectfully submits that the defendant's request to preclude prejudicial characterizations be denied in part.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*s/ Emily Czerniejewski*
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572
E-mail: Emily.Czerniejewski@usdoj.gov

*s/Tyler Aagard*
TYLER AAGARD (NC 54735)
Assistant United States Attorney

*/s/ Eduardo Palomo*
EDUARDO PALOMO (TX 24074847)
Trial Attorney
Eduardo.palomo2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was served this 2nd day of October, 2025, electronically on counsel for the defendant.

s/<i>Emily Czerniejewski</i><br>
EMILY CZERNIEJEWSKI (IL 6308829)