UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Cody L. Prater,

Defendant.

Case No. 2:25-cr-56

Judge Michael H. Watson

### ORDER

The parties appeared for a hearing before the Court on November 3, 2025. As discussed at the hearing, the parties are **ORDERED** to submit supplemental closing arguments surrounding Defendant's motion to suppress evidence, ECF No. 36. Both parties' arguments are due **FOURTEEN DAYS** after they receive a copy of the hearing transcript from the court reporter. No party's arguments may exceed **FIFTEEN PAGES**, and no responses or replies will be permitted.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT