**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No: 2:25-cr-56 |
| : | |
| **v.** : | |
| : | JUDGE MICHAEL H. WATSON |
| : | |
| **CODY L. PRATER** : | |

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANT'S MOTION TO DISMISS COUNTS II, III, AND IV**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorney, and provides this notice of supplemental authority relevant to the defendant's motion to dismiss. (Doc. # 39). On November 3, 2025, the Court held a hearing where the parties presented argument on the defendant's motion to dismiss. Shortly after the conclusion of the hearing, the District Court for the District of Idaho issued a memorandum opinion holding that "§ 1466A(b)(1) is constitutional as applied to [the defendant's] private, in-home possession of obscene, virtual child pornography." *See United States v. Yeasley*, No. 1:23-cr-00273, Doc. # 54 (D. Idaho, Nov. 3, 2025).

In rejecting arguments similar to those advanced by defendant Prater and the defendant in *United States v. Anderegg*, No. 3:24-cr-00050 (W.D. Wisc. Feb. 13, 2025), the *Yeasley* court held that Section 1466A is constitutional because it "applies only to images that are 'obscene,' it reaches speech that is, by definition, not constitutionally protected." *Id*. at 4-5. Further, the *Yeasley* court rejected the argument that *Stanley v. Georgia* protects the in-home possession of obscene computer-generated images depicting minors engaged in sexually explicit conduct, finding that

Page **1** of **3**

"*Stanley* is now 'superannuated,' … The Supreme Court has consistently construed *Stanley* narrowly." *Id*. at 7.

          Respectfully submitted,

          **DOMINICK S. GERACE II**
          United States Attorney

By:   */s/ Eduardo Palomo*
          EDUARDO PALOMO (TX 24074847)
          Trial Attorney
          Eduardo.palomo2@usdoj.gov

          *s/Emily Czerniejewski*
          EMILY CZERNIEJEWSKI (IL 6308829)
          Assistant United States Attorney
          Emily.Czerniejewski@usdoj.gov

          *s/Tyler Aagard*
          TYLER AAGARD (NC 54735)
          Assistant United States Attorney

          303 Marconi Boulevard, Suite 200
          Columbus, Ohio 43215
          (614) 406-3572
          Fax: (614) 469-5653
          Tyler.Aagard@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served electronically upon all counsel of record on November 4, 2025.

                                                 */s/ Eduardo Palomo*
                                                 EDUARDO PALOMO (TX 24074847)
                                                 Trial Attorney