# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:25-CR-56 |
| vs. | : | JUDGE WATSON |
| CODY L. PRATER, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Now comes Soumyajit Dutta, Assistant Federal Public Defender, and hereby enters his appearance as co-counsel of record for Defendant Cody L. Prater.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

/s/ Soumyajit Dutta
Soumyajit Dutta (OH 76762)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Email: Soumyajit_Dutta@fd.org

Attorney for Defendant Cody L. Prater

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                        /s/ Soumyajit Dutta
                        Soumyajit Dutta (OH 76762)
                        Assistant Federal Public Defender