**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No: 2:25-cr-56** |
| | : | |
| **v.** | : | |
| | : | **JUDGE MICHAEL H. WATSON** |
| | : | |
| **CODY L. PRATER** | : | |

**JOINT NOTICE REGARDING APPLICATON OF PRIOR MOTION TO DIMISS**
**AND OPPOSITION TO THE MOTION TO DISMISS**

The Parties, by and through their respective counsel, respectfully submit this Joint Notice in response to the Court's order regarding the applicability of previously filed pleadings related to the dismissal of certain counts following the return of the superseding indictment. (ECF No. 75). On November 18, 2025, the government obtained a Superseding Indictment against the defendant (ECF No. 67).   The Superseding Indictment now reflects only four total charges – Count One and Count Four relate to the real child pornography the defendant received and possessed and Count Two and Count Three relate to the AI generated child pornography and obscenity he received and possessed.   The substance of those charges did not change from the original indictment. Prior to the return of the Superseding Indictment, motions to dismiss certain counts were filed by the defendant and responses in opposition were filed by the government.

The parties' position as it relates to the previously filed motions and the newly filed Superseding Indictment are outlined as followed:

1. The defendant maintains the previously filed Motion to Dismiss (ECF No. 39) and requests that the Court apply the arguments made in that motion to the corresponding counts in the Superseding Indictment – specifically, Counts Two and Three

(AI/Obscenity Counts).

2.  The government maintains its previously filed opposition (ECF No. 53) and requests that the Court apply that opposition to the corresponding counts in the Superseding Indictment – specifically, Counts Two and Three (AI/Obscenity Counts).

The parties jointly request that the Court treat the prior motion to dismiss and the government's response in opposition as directed to the Superseding Indictment without the need for additional briefing unless otherwise ordered by the Court.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Emily Czerniejewski*
Emily Czerniejewski (IL 6308829)
Assistant United States Attorney
303 Marconi Blvd #200
Columbus, OH 43215
614-469-5717
Emily_czniejewski@usadoj.gov

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

*/s/ Stacey MacDonald*
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Cody L. Prater