IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No: 2:25-cr-56 |
| v. | : | |
| | : | JUDGE MICHAEL H. WATSON |
| | : | |
| CODY L. PRATER | : | |

**UNITED STATES' MOTION TO AMEND OPINION**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorney, and requests that the Court correct a small but important typographical error in its December 16, 2025 Opinion and Order denying defendant Cody L. Prater's motion to dismiss Counts Two and Three of the Superseding Indictment. Dkt. 77.  In particular, on page 17 of the Opinion and Order, the Court discusses the district court's opinion in *United States v. Anderegg*, W.D. Wisc. No. 3:24-cr-50-jdp-1. In the course of that discussion, this Court references that the Section 1466A(b)(1) count in *Anderegg* was tied to the interstate commerce element set forth in 18 U.S.C. § 1466A(d)(1). But that count is tied to Section 1466A(d)(4), not (d)(1). *See, e.g.*, Indictment, *United States v. Anderegg*, Dkt. No. 2, at 2-3. Based on the Court's analysis in that section of its Opinion and Order, the government assumes that this Court's references to subsection (d)(1) were inadvertent and that the Court's analysis was in fact tethered to the text of subsection (d)(4).

For purposes of clarity going forward in this and other cases, and because the application of *Stanley* to Section 1466A(b)(1) is an important issue, the government respectfully requests that the Court issue an amended opinion that (i) replaces the four references to subsection (d)(1)

in the full paragraph beginning on page 17 with references to subsection (d)(4), and (ii) adds a reference to (d)(4) at the end of the first sentence of footnote 4 on page 17.

                                        Respectfully submitted,

                                        **DOMINICK S. GERACE II**
                                        United States Attorney

By:    */s/ Eduardo Palomo*
          EDUARDO PALOMO (TX 24074847)
          Trial Attorney
          Eduardo.palomo2@usdoj.gov

          *s/Emily Czerniejewski*
          EMILY CZERNIEJEWSKI (IL 6308829)
          Assistant United States Attorney
          Emily.Czerniejewski@usdoj.gov

          *s/Tyler Aagard*
          TYLER AAGARD (NC 54735)
          Assistant United States Attorney

          303 Marconi Boulevard, Suite 200
          Columbus, Ohio 43215
          (614) 406-3572
          Fax: (614) 469-5653
          Tyler.Aagard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon all counsel of record on December 24, 2025.

                                       */s/ Eduardo Palomo*
                                       EDUARDO PALOMO (TX 24074847)
                                       Trial Attorney