IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No: 2:25-cr-00056 |
| | : | |
| v. | : | |
| | : | JUDGE MICHAEL H. WATSON |
| CODY L. PRATER | : | |

## TRIAL STIPULATIONS

The parties jointly stipulate and agree that the following facts are true and correct, and that they may be read in whole or in part to the jury at the appropriate time during trial.

1. <u>The Nickname of Cody Prater</u>: The parties agree that the Defendant, Cody Prater, utilized the nickname Kaji Taiki.

2. <u>Means and Facilities of Interstate Commerce</u>: The parties agree that the internet qualifies as a means and facility of interstate commerce.

3. <u>Coordinated Universal Time</u>: The parties agree that "UTC" stands for Coordinated Universal Time, a unified time standard throughout the world. When comparing UTC to Eastern Standard Time (EST), the time zone for the Southern District of Ohio, the time in EST is four hours behind UTC (UTC-4) during daylight savings time, which, in 2024, began on March 10 and concluded on November 3. When daylight savings time is not in effect, EST is five hours behind UTC (UTC-5).

4. <u>Authenticity of Scene Photographs:</u> The parties agree that if called to testify, Justin Myers, a Special Agent with Homeland Security Investigations, was present at 317 South Locust Street, McArthur, Ohio when a search warrant was executed there on July 11, 2024 at approximately 10:00am. The parties agree that SA Myers took photographs of the residence on that date and time and that the photographs, identified as Government Exhibit _____ through

Government Exhibit _____ , truly and accurately depict the residence as it appeared on July 11, 2024.

5. <u>Data Copied from an Electronic Device or Storage Medium</u>:  The parties agree that the certifications of Nicole Islam, a former Computer Forensic Analyst (CFA) with Homeland Security Investigations and Anna Edgar, a Special Agent and Computer Forensic Analyst (CFA) with Homeland Security Investigations, properly authenticate the forensic extractions of the following items: Government Exhibit _____, identified as a Lian Li Gaming Desktop PC, Government Exhibit _____, identified as a Lenovo A2107A-H 60015 16 GB Tablet PC and Government Exhibit _____, identified as a Google Pixel 7 Pro.  That is, (i) Ms. Islam and Special Agent Edgar were qualified to conduct forensic extractions of these three devices, (ii) the process or system for copying those records is regularly verified by the Department of Homeland Security, Homeland Security Investigations, (iii) at all times pertinent to the copying, that process functioned properly and normally; and (iv) that the forensic extraction tools they utilized copied the data from the device in an unaltered fashion and reflect a true and accurate duplicate of the contents of those devices.

The defendant reserves the right to object to the admissibility and/or publication of some or all of these files on other grounds but agrees that the records are self-authenticating and otherwise admissible as data copied from an electronic device, storage medium, or file, pursuant to Federal Rule of Evidence 902(14).

               Respectfully submitted,

*s/ Emily Czerniejewski*         *s/Tyler Aagard*
EMILY CZERNIEJEWSKI (IL 6308829)    TYLER AAGARD (NC 54735)
Assistant United States Attorney       Assistant United States Attorney

*/s/ Eduardo Palomo*
EDUARDO PALOMO (TX 24074847)
Trial Attorney

| | |
|---|---|
| *s/ Stacey MacDonald* | *s/Soumyajit Dutta* |
| STACEY MACDONALD (WA 35394) | SOUMYAJIT DUTTA (OH 76762) |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for Cody Prater | Attorney for Cody Prater |

3