UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Cody Prater,

Defendant.

Case No. 2:25-cr-56

Judge Michael H. Watson

## *NUNC PRO TUNC* ORDER

The Court's December 16, 2025, Order, ECF No. 77, contains a typographical error. Specifically, that Order indicates that the criminal defendant in *United States v. Anderegg,* Case No. 3:24-cr-50-jdp-1 (W.D. Wisc. Feb. 13, 2025), had been indicted with possession of obscene child sexual abuse material in violation of 18 U.S.C. §§ 1466A(b)(1) and *(d)(1)*, when, in fact, he had been indicted under 18 U.S.C. §§ 1466A(b)(1) and *(d)(4)*. *Anderegg,* Case No. 3:24-cr-50-jdp-1, ECF No. 2. Notably, the *Anderegg* court, itself, miscited the defendant as charged under §§ 1466A(b)(1) and (d)(1), *Anderegg,* Case No. 3:24-cr-50-jdp-1, ECF No. 73 at 3, but the Government here is correct that the indictment on the *Anderegg* docket shows that the defendant was charged under §§ 1466A(b)(1) and (d)(4), Mot., ECF No. 79.

This Order hereby corrects the December 2025 Order, ECF No. 77, to reflect that the *Anderegg* defendant was charged with violating §§ 1466A(b)(1) and (d)(4). The Court thus (1) strikes and replaces the four references to subsection (d)(1) in the full paragraph beginning on page 17 with references to

subsection (d)(4), and (2) adds a reference to (d)(4) at the end of the first sentence of footnote 4 on page 17.

The Clerk shall terminate ECF No. 79 as a pending motion.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**