**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

__United States_____,

**Plaintiff,**

Case No. ____2:25-cr-56_____

Judge Michael H. Watson

v. __Cody Prater_____,

**Defendant.**

**FINAL PRETRIAL ORDER**

The Court held the Final Pretrial Conference on __January 14, 2025____

I. **APPEARANCES:**

    A. For the Plaintiff/Government:
    Emily Czerniejewski, Tyler Aagard, and Eduardo Palomo

    B. For Defendant(s):
    Stacey MacDonald and Soumyajit Dutta

II. **NATURE OF ACTION AND JURISDICTION:**

    A. This is a ~~civil~~/criminal action under (list applicable statute(s) or common law causes of action):

        18 USC 2252(a)(2) &(b)(1) and (a)(4)(B)&(b)(2);

        18 USC 1466A(a)(1)&(d)(4) and (b)(1) &(d)(4).

    B. The jurisdiction of the Court ~~is~~/is not disputed. (circle one)

III. **TRIAL INFORMATION:**

    A. The estimated length of trial is _7__ days.

    B. Jury Trial is set for Feburary 2, 2026 at 9:00am with 65 potential jurors.

**IV.     AGREED STATEMENTS AND LISTS:**

    A.     General Nature of the Claims of the Parties:

        1.  Plaintiff/Government Claims:

The defendant received and possessed files depicting minors engaged in sexually explicit conduct (child pornography) and obscenity materials on the dates alleged in the Superseding Indictment.  (See ECF. #67)

        2.  Defendant Claims (if criminal case, indicate only "not guilty"):

The defendant pleads not guilty.

    B.     Uncontroverted Facts

The following facts are established by admissions in the pleadings or by stipulations of counsel (attached additional pages as an Appendix if necessary):

The parties have filed with the Court joint proposed stipulations.  (See ECF. #84)

C. Contested Issues of Fact and Law

    3. Contested Issues of Fact: The contested issues of fact remaining for determination are:

Whether the defendant received and possessed files depicting minors engaged in sexually explicit conduct (child pornography) and obscenity materials on the dates alleged in the Superseding Indictment. (See ECF. #67)

    4. Contested Issues of Law: The contested issues of law in addition to those implicit in the foregoing issues of fact are:

N/A

D. Witnesses

    1. Plaintiff/Government will call the following fact witnesses at trial, who will testify to the following facts (attach additional pages as an Appendix if necessary. For each witness, list the name and a fulsome description of the facts to which that witness will testify):

See attached Appendix A for a list of all potential witnesses on behalf of both parties.

2. Defendant will call the following fact witnesses at trial, who will testify to the following facts (attach additional pages as an Appendix if necessary.  For each witness, list the name and a fulsome description of the facts to which that witness will testify):

    See attached Appendix A for a list of all potential witnesses on behalf of both parties.

3. The parties reserve the right to call rebuttal witnesses whose testimony could not reasonably be anticipated without prior notice to opposing counsel.

4. In the event other witnesses are to be called at trial, a statement of their names and addresses and a summary of their testimony will be served upon opposing counsel and filed with the Court at least one day prior to trial.

E.     Expert Witnesses

The parties are limited to the following number of expert witnesses, including treating physicians, whose names have been disclosed and reports furnished to opposing counsel **and to the Court**:

1. Plaintiff/Government (attach additional pages as an Appendix if necessary):

    See attached Appendix A for a list of all potential witnesses on behalf of both parties.

    2. Defendant (attach additional pages as an Appendix if necessary):

See attached Appendix A for a list of all potential witnesses on behalf of both parties.

F.    Exhibits

The parties shall attach as Appendices a list of joint exhibits, a list of exhibits the Plaintiff/Government wishes to use but to which Defendant objects, and a list of exhibits the Defendant wishes to use and to which the Plaintiff/Government objects.

Due to the sensitive nature of the exhibits in this case, the parties have agreed to discuss this topic at the final pretrial conference and submit to the Court all exhibits to be utilize by the scheduled due date of January 28, 2026.

G.    Depositions

Refer to the Court's standing orders as to how to properly designate deposition testimony that will be offered at trial (attach additional pages as an Appendix if necessary). N/A

H.    Discovery

List any outstanding discovery or discovery disputes and include the date on which discovery was complete.

> There are no discovery disputes between the parties at this time. All discovery obligations have been completed with the government, with the exception of the production of Jencks materials in the form of grand jury transcripts. That production will be forthcoming.

  I.  Pending Motions

  The following motions are pending at this time:

The parties have filed and litigated or responded to numerous pretrial motions and intend to abide by the rulings issued by this Court and its respective findings related to those filings.  The parties intend to make proper objections throughout the trial to preserve issues as needed.

**V. MODIFICATION:**

This Final Pretrial Order may be modified at trial, or prior thereto, to prevent manifest injustice.  Such modification may be made by application of counsel or on motion of the Court.

**VI. JURY INSTRUCTIONS AND TRIAL BRIEFS:**

Counsel shall be familiar with and follow the Court's standing orders regarding jury instructions. Trial briefs are not permitted unless requested by the Court.

**VII. SETTLEMENT EFFORTS:**

Describe the extent and status of settlement negotiations or any plea offers extended to the Defendant.

  N/A.