Appendix A
Final Pretrial Conference Order

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | CASE No. 2:25-cr-56 |
| v. | : | |
| | : | |
| CODY L. PRATER, | : | JUDGE MICHAEL H. WATSON |
| | : | |

## JOINT LIST OF POTENTIAL WITNESSES

**GOVERNMENT'S FACT WITNSSES**
1. **John Bartolucci** – Task Force Officer with Homeland Security Investigations
2. **Anna Edgar** – Special Agent with Homeland Security Investigations
3. **Alexander Harnish** – Special Agent with Homeland Security Investigations
4. **Nicole Islam** – former Computer Forensic Analyst with Homeland Security Investigations
5. **Edward "Ted" LaVigne** – Special Agent with Homeland Security Investigations
6. **Gregry Libow –** Special Agent with Homeland Security Investigations
7. **Justin Myers** – Special Agent with Homeland Security Investigations
8. **Brett Peachey** – Detective with Westerville, Ohio Police Department
9. **Clark Powers** – Special Agent with Homeland Security Investigations
10. **Sara Sellers** – Special Agent with Homeland Security Investigations
11. **Trace Way** – Special Agent with Homeland Security Investigations

**GOVERNMENT'S EXPERT WITNESSES**
1. **Christoper Beattie** – See ECF. No #83 for the expert notice documenting the scope of testimony and his accompanying CV
2. **Chancey Davis** – See ECF. No #45 and #58 for the expert notice documenting the scope of testimony and her accompanying CV
3. **Tyler Quen** – See ECF. No #82 for the expert notice documenting the scope of testimony and his accompanying CV

**DEFENDANT'S FACT WITNSSES**
1. **Sky Sharma –** Investigator – Federal Public Defenders Office Southern District of Ohio