# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | : | |
| vs. | : | Case No. 2:25-CR-56 |
| | : | |
| CODY L. PRATER,  Defendant. | :  : | JUDGE MICHAEL H. WATSON |

## JOINT MOTION TO PROVIDE JURY INSTRUCTIONS PRIOR TO CLOSING ARGUMENTS

COMES NOW, the defendant and Government by and through undersigned counsel and respectfully request this Court to provide the jury instructions to the jurors prior to the commencement of closing arguments.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

/s/ Emily Czerniejewski
Emily Czerniejewski (IL 60308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572
E-mail: Emily.Czerniejewski@usdoj.gov

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

/s/ Tyler Aagard
Tyler Aagard (NC 54735)

/s/ Soumyajit Dutta
Soumyajit Dutta (OH 76762)

/s/ Eduardo Palomo
Eduardo Palomo (TX 24074847)

**MEMORANDUM IN SUPPORT OF MOTION**

The defense, in conjunction with the government, requests that this Court provide the jury instructions to the jurors prior to the commencement of closing arguments in this matter. The parties agree that providing the jury with the Court's final instructions before closing arguments will assist jurors in understanding the legal framework governing their deliberations and allow them to more effectively evaluate counsel's arguments in light of the applicable law.

Advance access to the jury instructions allows jurors to follow the structure of the elements, definitions, and standards of proof as counsel addresses them in closing. Judicial task forces and trial practice authorities recognize that jurors benefit from being instructed on the substantive law prior to closing argument, enabling counsel to address the law in closing and aiding jurors' understanding in how evidence relates to the legal standards the court has determined will govern the case. *Report and Recommendations of the Supreme Court of Ohio: Task Force on Jury Service* (2004). https://www.supremecourt.ohio.gov/docs/Publica//s/juryTF/jury (last accessed January 14, 2026).

This request is made in the interest of clarity and judicial economy. Providing the instructions beforehand may streamline closing arguments and reduce the likelihood of juror confusion. Federal Rule of Criminal Procedure 30(c) expressly provides that the trial court may instruct the jury before closing arguments, after closing arguments, or at both times.

**WHEREFORE,** the parties respectfully request that this Court provide the jury with the Court's final jury instructions prior to closing arguments.

Respectfully submitted,

| | |
|---|---|
| DOMINICK S. GERACE II<br>UNITED STATES ATTORNEY | JOSEPH MEDICI<br>FEDERAL PUBLIC DEFENDER |
| /s/ Emily Czerniejewski<br>Emily Czerniejewski (IL 60308829) | /s/ Stacey MacDonald<br>Stacey MacDonald (WA 35394) |

| | |
|---|---|
| Assistant United States Attorney<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215<br>Office: (614) 406-3572<br>E-mail: Emily.Czerniejewski@usdoj.gov | Assistant Federal Public Defender<br>10 West Broad Street, Suite 1020<br>Columbus, Ohio 43215-3469<br>Telephone: (614) 469-2999<br>Facsimile: (614) 469-5999<br>Stacey_MacDonald@fd.org |
| /s/ Tyler Aagard<br>Tyler Aagard (NC 54735) | /s/ Soumyajit Dutta<br>Soumyajit Dutta (OH 76762) |
| /s/ Eduardo Palomo<br>Eduardo Palomo (TX 24074847) | |