**CRIMINAL MINUTES**
**MONDAY, FEBRUARY 2, 2026 - 1st Day of Trial**
**2:25CR56 USA v. CODY PRATER**

PLAINTIFF'S COUNSEL: EDUARDO A. PALOMO, EMILY CZERNIEJEWSKI, TYLER AAGARD
DEFENSE COUNSEL: STACEY MACDONALD, SOUMYAJIT DUTTA
LAW CLERK: CAITLIN MILLER AND TRINA EDWARDS
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

Pre-Trial matters discussed

Voir dire

Jury chosen


Court opened at 9:00 a.m.
Court adjourned at 5:10 p.m.