**CRIMINAL MINUTES**
**TUESDAY, FEBRUARY 3, 2026 – 2nd Day of Trial**
**2:25CR56 USA v. CODY PRATER**

PLAINTIFF'S COUNSEL: EDUARDO A. PALOMO, EMILY CZERNIEJEWSKI, TYLER AAGARD
DEFENSE COUNSEL: STACEY MACDONALD, SOUMYAJIT DUTTA
LAW CLERK: CAITLIN MILLER AND TRINA EDWARDS
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

Jury sworn and empaneled

Judge's instructions to the jury

Opening statements by the Government – Emily Czerniejewski

Opening statements by the Defense – Soma Dutta

**Government's witness Brett Peachey** – Tyler Aagard
    Government Exhibit 6A

Cross examination – Stacey MacDonald

**Government's witness Edward LaVigne** – Emily Czerniejewski
    Government Exhibit 6A, 3A, 5B, 5A, 9, 9A, 9B, 9C, 10, 11, 12, 2A, 10L, 10K, 10M, 10N, 10O, 10E, 10D, 10F, 10G, 10H, 10I, 10J, 10U, 10T, 10V, 10Q, 10P, 10R, 10S, 10W, 10X, 10Y, 10Z

Cross examination – Soma Dutta
    Government Exhibit 2A, 5A

Trial Stipulations – Eduardo Palomo

**Government's witness Clark Powers** – Eduardo Palomo
    Government's witness 2A

Cross examination – Soma Dutta


Court opened at 8:55 a.m.
Court adjourned at 3:30 p.m