**CRIMINAL MINUTES**
**WEDNESDAY, FEBRUARY 4, 2026 – 3rd Day of Trial**
**2:25CR56 USA v. CODY PRATER**

PLAINTIFF'S COUNSEL: EDUARDO A. PALOMO, EMILY CZERNIEJEWSKI, TYLER AAGARD
DEFENSE COUNSEL: STACEY MACDONALD, SOUMYAJIT DUTTA
LAW CLERK: CAITLIN MILLER AND TRINA EDWARDS
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

**Government's witness Christopher Beattie** – Tyler Aagard
    Government's exhibit 5A, 10C1, 9, 9A, 9B, 9C, 9D, 9E, 9F, 9G, 9G2, 9G3, 9G4, 9G5, 9G8, 9G10, 9G12, 9G13, 9G16, 5A6.2, 10B, 10C

Cross examination – Stacey MacDonald

Redirect examination – Tyler Aagard

**Government's witness Tyler Queen** – Emily Czerniejewski
    Government's exhibit 5A, 5C, 11A, 11B (1-22), 11C, 12, 12A, 12B

Cross examination – Soma Dutta
    Government's exhibit 5A

Redirect examination – Emily Czerniejewski
    Government exhibit 2A

Court opened at 9:00 a.m.
Court adjourned at 4:10 p.m.