**CRIMINAL MINUTES**
**THURSDAY, FEBRUARY 5, 2026 – 4th Day of Trial**
**2:25CR56 USA v. CODY PRATER**

PLAINTIFF'S COUNSEL: EDUARDO A. PALOMO, EMILY CZERNIEJEWSKI, TYLER AAGARD
DEFENSE COUNSEL: STACEY MACDONALD, SOUMYAJIT DUTTA
LAW CLERK: CAITLIN MILLER AND TRINA EDWARDS
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

**Government's witness Chancey Davis – Eduardo A. Palomo**
　　Government's exhibit 13E6, 13D1, 13A10, 11B19, 11B20, 11B21, 11B22, 9G17, 13C3, 13C1, 13B1, 13B2, 13B4, 13B6, 13B7, 13B10, 13B12, 13B13, 13B14, 13B7, 13B14

Cross examination – Stacey MacDonald

Redirect examination – Eduardo Palomo

Government rests

Defense rests

Rule 29 motion by the Defense

Court DENIES Rule 29 motion

Jury instructions

Closing arguments by the Government – Tyler Aagard

Closing arguments by the Defendant – Stacey MacDonald

Rebuttal argument – Emily Czerniejewski

Jury deliberates

Verdict – Guilty as to Counts 1-4

Presentence Report ordered


Court opened at 8:55 a.m.
Court adjourned at 6:15 p.m.