IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA :
: Case No: 2:25-cr-00056
:
v. :
: JUDGE MICHAEL H. WATSON
CODY L. PRATER :

## VERDICT FORM COUNT ONE

With respect to Count One, charging Defendant, **CODY L. PRATER,** with Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct on or about September 6, 2023, we, the jury, unanimously find Defendant:

__✓_____                                    _____
Guilty                                              Not Guilty

✗_____                  ✗_____
Foreperson

✗_____                  ✗_____

✗_____                  ✗_____

✗_____                  ✗_____

✗_____                  ✗_____

✗_____                  ✗_____

SIGNED THIS __5__ DAY OF __February__, 2026.

[continue to next page]

[NOTE: IF YOU FIND DEFENDANT NOT GUILTY AS CHARGED IN COUNT ONE, DO NOT CONSIDER THE SPECIAL JURY FINDING (COUNT ONE)]

**SPECIAL JURY FINDING (COUNT ONE):**

Having found Defendant, **CODY L. PRATER**, guilty as to Count One, we, the Jury, unanimously find that, prior to this offense, Defendant, **CODY L. PRATER**, was convicted of an offense under the laws of Ohio relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography:

_____✓_____
Yes

_____
No

X_____
Foreperson

X_____

X_____

X_____

X_____

X_____

X_____

X_____

X_____

X_____

X_____

SIGNED THIS __5__ DAY OF __February__, 2026.

[continue to next page]

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA :
: Case No: 2:25-cr-00056
:
v. :
: JUDGE MICHAEL H. WATSON
CODY L. PRATER :

## VERDICT FORM COUNT TWO

With respect to Count Two, charging Defendant, **CODY L. PRATER**, with Receiving Obscene Visual Representations of the Sexual Abuse of Children between August 2023 and July 11, 2024, we, the jury, unanimously find Defendant:

___✓_____          _____
Guilty                Not Guilty

_X_____          _X_____
Foreperson

_X_____          _X_____

_X_____          _X_____

_X_____          _X_____

_X_____          _X_____

_X_____          _X_____

SIGNED THIS __5__ DAY OF __February__, 2026.

[continue to next page]

3

[NOTE: IF YOU FIND DEFENDANT NOT GUILTY AS CHARGED IN COUNT TWO, DO NOT CONSIDER THE SPECIAL JURY FINDING (COUNT TWO)]

**SPECIAL JURY FINDING (COUNT TWO):**

Having found Defendant, **CODY L. PRATER**, guilty as to Count Two, we, the Jury, unanimously find that, prior to this offense, Defendant, **CODY L. PRATER**, was convicted of an offense under the laws of Ohio relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography:

___✓___  
Yes

_____  
No

X_____  
Foreperson

X_____

X_____

X_____

X_____

X_____

X_____

X_____

X_____

X_____

X_____

SIGNED THIS __5__ DAY OF __February__, 2026.

[continue to next page]

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No: 2:25-cr-00056 |
| | : |
| v. | : |
| | : JUDGE MICHAEL H. WATSON |
| CODY L. PRATER | : |

## VERDICT FORM COUNT THREE

With respect to Count Three, charging Defendant, **CODY L. PRATER**, with Possessing Obscene Visual Representations of the Sexual Abuse of Children on or about July 11, 2024, we, the jury, unanimously find Defendant:

__✓_____            _____
Guilty                                    Not Guilty

__✗_____            __✗_____
Foreperson

__✗_____            __✗_____

__✗_____            __✗_____

__✗_____            __✗_____

__✗_____            __✗_____

__✗_____            __✗_____

SIGNED THIS __5__ DAY OF __February__, 2026.

[continue to next page]

5

[NOTE: IF YOU FIND DEFENDANT NOT GUILTY AS CHARGED IN COUNT THREE, DO NOT CONSIDER THE SPECIAL JURY FINDING (COUNT THREE)]

**SPECIAL JURY FINDING (COUNT THREE):**

Having found Defendant, **CODY L. PRATER**, guilty as to Count Three, we, the Jury, unanimously find that, prior to this offense, Defendant, **CODY L. PRATER**, was convicted of an offense under the laws of Ohio relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography:

✓
_____
Yes

_____
No

✗_____
Foreperson

✗_____

✗_____

✗_____

✗_____

✗_____

✗_____

✗_____

✗_____

✗_____

✗_____

SIGNED THIS __5__ DAY OF _February_, 2026.

[continue to next page]

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No: 2:25-cr-00056 |
| | : | |
| v. | : | |
| | : | JUDGE MICHAEL H. WATSON |
| CODY L. PRATER | : | |

### VERDICT FORM COUNT FOUR

With respect to Count Four charging Defendant, **CODY L. PRATER**, with Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct on or about July 11, 2024, we, the jury, unanimously find Defendant:

____✓____
Guilty

_____
Not Guilty

__X_____
Foreperson

__X_____          __X_____

__X_____          __X_____

__X_____          __X_____

__X_____          __X_____

__X_____          __X_____

SIGNED THIS __5__ DAY OF __February__, 2026.

[continue to next page]

[NOTE: IF YOU FIND DEFENDANT NOT GUILTY AS CHARGED IN COUNT FOUR, DO NOT CONSIDER THE SPECIAL JURY FINDING (COUNT FOUR)]

**SPECIAL JURY FINDING (COUNT FOUR):**

Having found Defendant, **CODY L. PRATER**, guilty as to Count Four, we, the Jury, unanimously find that, prior to this offense, Defendant, **CODY L. PRATER**, was convicted of an offense under the laws of Ohio relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography:

✓
_____
Yes

_____
No

X_____
Foreperson

X_____            X_____

X_____            X_____

X_____            X_____

X_____            X_____

X_____            X_____

SIGNED THIS __5__ DAY OF __February__, 2026.