**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:25-cr-00056** |
| **Plaintiff,** | : | |
| | : | **JUDGE MICHAEL H. WATSON** |
| **v.** | : | |
| | : | |
| **CODY L. PRATER,** | : | |
| | : | |
| **Defendant.** | : | |

## PROOF OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(a)(iv)(C), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 10, 2026, as evidenced by Exhibit 1.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/ Emily Czerniejewski*
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Emily.Czerniejewski@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 14, 2026, a copy of the foregoing Proof of Publication was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/ Emily Czerniejewski*

EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney