

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 10, 2026 and April 08, 2026.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Cody Prater

**Court Case No:**   2:25-CR-00056
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/10/2026 | 23.9 | Verified |
| 2 | 03/11/2026 | 23.9 | Verified |
| 3 | 03/12/2026 | 23.9 | Verified |
| 4 | 03/13/2026 | 23.9 | Verified |
| 5 | 03/14/2026 | 23.9 | Verified |
| 6 | 03/15/2026 | 24.0 | Verified |
| 7 | 03/16/2026 | 23.9 | Verified |
| 8 | 03/17/2026 | 23.9 | Verified |
| 9 | 03/18/2026 | 23.9 | Verified |
| 10 | 03/19/2026 | 23.8 | Verified |
| 11 | 03/20/2026 | 23.9 | Verified |
| 12 | 03/21/2026 | 24.0 | Verified |
| 13 | 03/22/2026 | 23.9 | Verified |
| 14 | 03/23/2026 | 23.9 | Verified |
| 15 | 03/24/2026 | 23.9 | Verified |
| 16 | 03/25/2026 | 23.8 | Verified |
| 17 | 03/26/2026 | 23.9 | Verified |
| 18 | 03/27/2026 | 23.9 | Verified |
| 19 | 03/28/2026 | 23.6 | Verified |
| 20 | 03/29/2026 | 23.9 | Verified |
| 21 | 03/30/2026 | 24.0 | Verified |
| 22 | 03/31/2026 | 23.9 | Verified |
| 23 | 04/01/2026 | 23.9 | Verified |
| 24 | 04/02/2026 | 23.9 | Verified |
| 25 | 04/03/2026 | 24.0 | Verified |
| 26 | 04/04/2026 | 23.9 | Verified |
| 27 | 04/05/2026 | 23.9 | Verified |
| 28 | 04/06/2026 | 23.9 | Verified |
| 29 | 04/07/2026 | 23.9 | Verified |
| 30 | 04/08/2026 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



**EXHIBIT 1**

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
## COURT CASE NUMBER: 2:25-CR-00056; NOTICE OF FORFEITURE

Notice is hereby given that on March 06, 2026, in the case of <u>U.S. v. Cody Prater</u>, Court Case Number 2:25-CR-00056, the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous electronics - see items list (24-ICE-002688), including the following items: 1 Gaming Desktop, including its contents; 1 A Samsung SSD 850 EVO 500 GB Computer, including its contents, Ser No: S2RANX0HB00993P; 1 A Western Digital SN530 NVMe 256 GB SSD, including its contents, Ser No: 21411B801176; 1 A SanDisk Cruzer Dial "Tails" 32 GB Thumb Drive, including its contents, Ser No: BM180526434B; 1 A Kobee Cellular Phone, including its contents; 1 A Micro Center USB3.1 15 GB Thumb Drive, including its contents; 1 A Lenovo A2107A-H 16 GB Tablet, including its contents, Ser No: XD00859922; 1 A Black Samsung Smartphone, including its contents; 1 A Samsung Galaxy A10e 32 GB Smartphone, including its contents; 1 A Silver LG Smartphone, including its contents; 1 A Black LG Smartphone, including its contents; 1 An Acer Aspire 7520-5757 Laptop, including its contents, Ser No: 80804641316; 1 A Seagate Momentus Thin 320 GB SSD, including its contents, Ser No: W0Q3CZDT; 1 One Google Pixel 7 Pro with associated IMEI 352419782599670, including its contents which was seized from Cody Prater on March 29, 2024.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (March 10, 2026) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Emily Czerniejewski, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.