**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:25-cr-00056 |
| vs. | : | JUDGE WATSON |
| CODY L. PRATER, | : | |
| | : | |
| Defendants. | | |

**<u>JOINT MOTION TO CONTINUE SENTENCING HEARING</u>**

The parties, by and through undersigned counsel respectfully move this Court to continue the sentencing hearing currently set for July 28, 2026 to a date in September 2026 or thereafter. Cody L. Prater was found guilty after a jury trial of Receipt of Child Pornography, Receipt of Obscene Visual Representations of Child Sexual Abuse, Possession of Obscene Visual Representations of Child Sexual Abuse, and Possession of Child Pornography.  Each of these counts carries either a fifteen year or ten year mandatory minimum sentence.

This joint request to continue the sentencing hearing is two-fold.   First, Assistant United States Attorney Tyler Aagard is currently on paternity leave. He returns to the office on August 10, 2026.  He wishes to be present for the sentencing hearing as he was trial counsel.

Secondly, the defense needs additional time to complete their mitigation investigation and preparation for sentencing. The defense is currently engaged in an ongoing mitigation investigation and preparation of materials necessary to assist the Court in conducting this individualized sentencing analysis.  This work includes gathering records, interviewing collateral sources, retaining forensic experts and developing a comprehensive mitigation presentation that

will allow the Court to fully assess the § 3553 (a) factors.  Additional time is necessary to complete this work so that counsel can provide the Court with the most accurate and complete information possible.

In sentencing the Court must consider the "history and characteristics of the defendant" along with the nature and circumstances of the offense, the need for the sentence impose and the overarching command that the sentence be sufficient, but not greater than necessary, to comply with the purposes of sentencing.  18 U.S.C. §3553(a)(1)-(2).  A brief continuance of the sentencing hearing is warranted to allow the defense to complete its mitigation investigation and to present the Court with a thorough and accurate record relevant to these sentencing factors set forth in 18 U.S.C. § 3553(a).  To meaningfully evaluate these statutory factors, the Court must have before it a complete picture of the defendant's personal history, background, mental health, developmental history, and other mitigating circumstances that may bear on culpability, risk and rehabilitation.

Importantly, the duty to conduct a reasonable mitigation investigation prior to sentencing is not merely aspirational but constitutionally required as part of effective assistance of counsel as guaranteed by the Sixth Amendment.  *See Wiggins v. Smith*, 539 U.S. 510 (2003)(United States Supreme Court held defense counsel rendered ineffective assistance when counsel failed to conduct an adequate investigation into a defendant's background and mitigating evidence prior to sentencing).  The Court emphasized that competent representation requires counsel to make reasonable efforts to uncover and present mitigating information that may affect the sentencing outcome. *Id.* at 521-23.  Although *Wiggins* arose in the capital context, its core

principle – that counsel must undertake a reasonable mitigation investigation before sentencing –

applies broadly to non-capital sentencing proceedings as well.

There have been no prior motions to continue the sentencing hearing.

**WHEREFORE,** for the reasons stated above, the parties respectfully request that the

Court continue the sentencing hearing to a date in September 2026 or thereafter.

Respectfully submitted,

DOMINICK S. GERARCE, II       JOSEPH MEDICI
UNITED STATES ATTORNEY       FEDERAL PUBLIC DEFENDER

*/s/ Emily Czerniejewski*       /s/ *Stacey MacDonald*
Emily Czeriejewski (IL 6308829)       Stacey MacDonald (WA #35394)
Assistant United States Attorney       Assistant Federal Public Defender
Tyler Aagard (NC 54735)       Soumyajit Dutta (OH #76762)
Assistant United States Attorney       Assistant Federal Public Defender
303 Marconi Blvd, Suite 200       10 West Broad Street, Suite 1020
Columbus, Ohio 43215       Columbus, Ohio 43215-3469
Telephone: (614) 469-5715       Telephone: (614) 469-2999
Facsimile: (614) 469-5653       Facsimile: (614) 469-5999
Emily.czerniejewski@usdoj.gov       Stacey_MacDonald@fd.org
Tyler.aagard@usdoj.gov       Soumyajit_dutta@fd.org

Attorneys for the United States       Attorneys for Defendant
      Cody Prater