**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

    **Plaintiff,**

    v.

**Cody L. Prater,**

    **Defendant.**

Case No. 2:25cr56

**Judge Michael H. Watson**

## ORDER

This matter is before the Court on the Joint Motion to Continue the Sentencing (Doc. 116). The parties need more time to prepare for sentencing. For good cause shown, the Sentencing is **RESCHEDULED** for Tuesday, September 29, 2026 at 10:30 a.m.

The Court finds that sentencing on this date ensures the public's interest in a sentencing within a reasonable time will still be met. Fed. R. Crim. P. 32(b)(1).

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**