**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:25-cr-00056 |
| vs. | : | JUDGE WATSON |
| CODY L. PRATER, | : | |
| | : | |
| Defendants. | | |

# UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defense counsel for the defendant, Cody L. Prater, respectfully move this Court to continue the sentencing hearing currently set for September 29, 2026 to a date in November or thereafter. Cody L. Prater was found guilty after a jury trial of Receipt of Child Pornography, Receipt of Obscene Visual Representations of Child Sexual Abuse, Possession of Obscene Visual Representations of Child Sexual Abuse, and Possession of Child Pornography. Each of these counts carries either a fifteen year or ten-year mandatory minimum sentence.

On August 28, 2026, undersigned counsel MacDonald was involved in an unexpected slip and fall accident. Subsequent medical testing revealed three torn tendons and surgery is currently scheduled for September 8, 2026. Ms. MacDonald will be on medical leave until at least September 21, 2026 but its anticipated she may be out of the office on a mixture of leave and work from home through the month of September due to limited mobility and for rehabilitation.

Mr. Prater has confirmed he does not want to proceed to sentencing until Ms. MacDonald would be healed enough to be present to represent him. Ms. MacDonald has been his attorney from the inception of his case.

The Government does not oppose this request to continue the sentencing date.

**WHEREFORE,** for the reasons stated above, the parties respectfully request that the Court continue the sentencing hearing to a date in November,2026.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

/s/ *Stacey MacDonald*
Stacey MacDonald (WA #35394)
Assistant Federal Public Defender
Soumyajit Dutta (OH #76762)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org
Soumyajit_dutta@fd.org

Attorneys for Defendant
Cody Prater

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald

Stacey MacDonald (WA 35394)

Assistant Federal Public Defender