**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

**Plaintiff,**

**v.** **Case No. 2:25cr56**

**Cody L. Prater,** **Judge Michael H. Watson**

**Defendant.**

**ORDER**

This matter is before the Court on the Defendant's Unopposed Motion to Continue the Sentencing (Doc. 122). Defense counsel is unavailable due to a medical issue. For good cause shown, the Sentencing is **RESCHEDULED** for Tuesday, December 1, 2026, at 11:00 a.m.

The Court finds that sentencing on this date ensures the public's interest in a sentencing within a reasonable time will still be met. Fed. R. Crim. P. 32(b)(1).

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**