**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:25-cr-00056 |
| vs. | : | JUDGE WATSON |
| CODY L. PRATER, | : | |
| | : | |
| Defendants. | | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defense counsel for the defendant, Cody L. Prater, respectfully move this Court to continue the sentencing hearing currently set for December 1st, 2026 for a period of time sufficient to allow for briefing and the Court's ruling on a renewed motion to dismiss Count 3 (Possession of Obscenity - AI count) based on the recently decided *United States v. Anderegg,* 189 F. 4th 576 (7th Cir. 2026)

The Government does not oppose this request to continue the sentencing date.

**WHEREFORE,** for the reasons stated above, the parties respectfully request that the Court continue the sentencing hearing.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

/s/ *Stacey MacDonald*
Stacey MacDonald (WA #35394)
Assistant Federal Public Defender
Soumyajit Dutta (OH #76762)

Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org
Soumyajit_dutta@fd.org

Attorneys for Defendant
Cody Prater

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender