**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

**Plaintiff,**

**v.** **Case No. 2:25cr56**

**Cody L. Prater,** **Judge Michael H. Watson**

**Defendant.**

**ORDER**

This matter is before the Court on the Defendant's Unopposed Motion to Continue the Sentencing (Doc. 124). Defense counsel needs more time to prepare for sentencing. For good cause shown, the Sentencing is **RESCHEDULED** for Wednesday, January 20, 2027 at 10:00 a.m.

The Court finds that sentencing on this date ensures the public's interest in a sentencing within a reasonable time will still be met. Fed. R. Crim. P. 32(b)(1).

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**